CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **FRANK ERVIN ALTIZER, JR.,**<br>Petitioner, | Civil Action No. 7:18-cv-00372 |
| v. | **ORDER** |
| **HAROLD CLARKE,**<br>Respondent. | By:   Hon. Michael F. Urbanski<br>Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

**ENTER:** This ___15___ day of October, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge